United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER TAINA RODRIGUEZ-CASTELLON, | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04270 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | | |

## **CORRECTED WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  Montgomery County Processing Center, 806 Hibig Rd, Conroe, Texas

TO:  United States Marshal, Southern District of Texas or any other duly authorized United States Marshal.

You are hereby **ORDERED** to deliver inmate **JENNIFER TAINA RODRIGUEZ-CASTELLON D.O.B 01/29/1996 (A-Number 220 227 387)**, into the custody of the United States Marshal for the Southern District of Texas for his appearance before U. S. District Judge Kenneth M. Hoyt, 515 Rusk, Courtroom 11A, Houston, Texas on **September 23, 2025 at 11:00 a.m.** Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the matter is concluded. At such time, the inmate will be returned to your custody to release

**JENNIFER TAINA RODRIGUEZ-CASTELLON** to the custody of Montgomery County Processing Center, 806 Hibig Rd, Conroe, Texas.

It is so ORDERED.

SIGNED on September 22, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge