United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER RODRIGUEZ-CASTELLON, A# 220 227 387<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MONTGOMERY PROCESSING CENTER, *et al.*,<br><br>Respondents. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-04270 |

### ORDER

The court held a hearing in this matter on September 23, 2025.  (*See* Minute Entry for 9/23/2025).  The court then entered an order granting a preliminary injunction and ordering, among other things, the petitioner's immediate release from custody.  (*See* Dkt. No. 17).

**Within seven (7) days of the date of this Order, counsel for the petitioner is ORDERED to file a status report with the court detailing what further relief, if any, the petitioner seeks from the court or whether this matter can be dismissed without prejudice as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on January 27, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge