United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER RODRIGUEZ-CASTELLON, <br> A# 220 227 387 <br><br> Petitioner, <br><br> v. <br><br> WARDEN, MONTGOMERY PROCESSING CENTER, *et al.*, <br><br> Respondents. | CIVIL ACTION NO. 4:25-cv-04270 |

## ORDER

The court held a hearing in this matter on September 23, 2025. (*See* Minute Entry for 9/23/2025). The court then entered an order granting a preliminary injunction and ordering, among other things, the petitioner's immediate release from custody. (*See* Dkt. No. 17). On February 4, 2026, the respondents filed a Notice of Petitioner's Updated Status. (Dkt. No. 22).

**Within ten (10) days of the date of this Order, counsel for the petitioner is ORDERED to file a response to the Notice of Petitioner's Updated Status (Dkt. No. 22)**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on February 6, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge